**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **SAINT LAWRENCE COMMUNICATIONS LLC,** | § § § | **Case No. 2:15-cv-000349** |
| **Plaintiff,** | § § | **Jury Trial Requested** |
| v. | § § | |
| **ZTE CORPORATION, ZTE USA, INC., and ZTE (TX) INC.,** | § § § § | |
| **Defendants.** | § § § § | |

## PLAINTIFF'S NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the following attorney is entering an appearance for Plaintiff Saint Lawrence Communications LLC: Demetrios Anaipakos, State Bar No. 00793258, of Ahmad, Zavitsanos, Anaipakos, Alavi and Mensing P.C., (713) 655-1101, and (713) 665-0062 (Facsimile). Mr. Anaipakos is currently admitted to practice in the Northern, Western, Eastern and Southern Districts of Texas.

Dated: April 10, 2015

Respectfully submitted,

*/s/ Demetrios Anaipakos*
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Alisa A. Lipski
Texas Bar No. 24041345
alipski@azalaw.com
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI &
    MENSING, P.C.
1221 McKinney Street, Suite 3460
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

**ATTORNEYS FOR PLAINTIFF SAINT LAWRENCE COMMUNICATIONS LLC**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 10, 2015.

*/s/ Demetrios Anaipakos*
Demetrios Anaipakos