**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **SAINT LAWRENCE COMMUNICATIONS LLC,** § § § **Plaintiff,** § § **v.** § § **ZTE CORPORATION, ZTE USA, INC., and ZTE (TX) INC.,** § § § **Defendants.** § § § § | **Case No. 2:15-cv-000349** <br><br> **Jury Trial Requested** |

## PLAINTIFF'S NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the following attorney is entering an appearance for Plaintiff, Saint Lawrence Communications LLC: Amir Alavi, State Bar No. 00793239, of Ahmad, Zavitsanos, Anaipakos, Alavi and Mensing P.C., (713) 655-1101, and (713) 665-0062 (Facsimile). Mr. Alavi is currently admitted to practice in the Northern, Western, Eastern and Southern Districts of Texas.

Dated: April 10, 2015						Respectfully submitted,

						*/s/ Amir Alavi*
						Demetrios Anaipakos
						Texas Bar No. 00793258
						danaipakos@azalaw.com
						Amir Alavi
						Texas Bar No. 00793239
						aalavi@azalaw.com
						Alisa A. Lipski
						Texas Bar No. 24041345
						alipski@azalaw.com
						AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI &
							MENSING, P.C.
						1221 McKinney Street, Suite 3460
						Houston, TX 77010
						Telephone: 713-655-1101
						Facsimile: 713-655-0062

						**ATTORNEYS FOR PLAINTIFF SAINT LAWRENCE COMMUNICATIONS LLC**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 10, 2015.

						*/s/ Amir Alavi*
						Amir Alavi