IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZTE CORPORATION, ZTE USA, INC., and ZTE (TX) INC., <br><br> Defendants. | Case No. 2:15-cv-000349 <br><br> Jury Trial Requested |

## PLAINTIFF'S NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the following attorney is entering an appearance for Plaintiff, Saint Lawrence Communications LLC: Alisa Lipski, State Bar No. 24041345, of Ahmad, Zavitsanos, Anaipakos, Alavi and Mensing P.C., (713) 655-1101, and (713) 665-0062 (Facsimile). Ms. Lipski is currently admitted to practice in the Western, Eastern and Southern Districts of Texas.

Dated: April 10, 2015          Respectfully submitted,

                                         */s/ Alisa Lipski*
                                         Demetrios Anaipakos
                                         Texas Bar No. 00793258
                                         danaipakos@azalaw.com
                                         Amir Alavi
                                         Texas Bar No. 00793239
                                         aalavi@azalaw.com
                                         Alisa A. Lipski
                                         Texas Bar No. 24041345
                                         alipski@azalaw.com
                                         AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI &
                                              MENSING, P.C.
                                         1221 McKinney Street, Suite 3460
                                         Houston, TX 77010
                                         Telephone: 713-655-1101
                                         Facsimile: 713-655-0062

                                         **ATTORNEYS FOR PLAINTIFF SAINT LAWRENCE COMMUNICATIONS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 10, 2015.

                                         */s/ Alisa Lipski*
                                         Alisa Lipski