IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC, | § § § Civil Action No. 2:15-cv-00349 § § PATENT CASE § § JURY TRIAL DEMANDED § § § |
| Plaintiff, | |
| v. | |
| ZTE CORPORATION ET AL. | |
| Defendants. | |

## NOTICE OF APPEARANCE OF EVERETT MCCLYDE UPSHAW

ZTE (USA) Inc. and ZTE (TX) Inc. file this Notice and inform the Court that Everett McClyde Upshaw hereby enters his appearance as lead counsel in this matter for each of them on this 26th day of May, 2015.

DATED: May 26, 2015

                                                    Respectfully submitted,

                                                     /s/ Everett Upshaw
                                                    Everett Upshaw
                                                    State Bar of Texas No. 24025690
                                                    everettupshaw@everettupshaw.com
                                                    David A. Bailey, Of Counsel
                                                    State Bar of Texas No. 24078177
                                                    davidbailey@everettupshaw.com
                                                    **UPSHAW PLLC**
                                                    811 S. Central Expressway, Suite 307
                                                    Richardson, Texas 75080
                                                    P: (972) 920-8000
                                                    F: (972) 920-8001

                                                    *ATTORNEYS FOR DEFENDANTS*
                                                    *ZTE (USA) INC. and*
                                                    *ZTE (TX) INC.*

2

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on this 26th day of May, 2015.

                                                */s/ Everett Upshaw*
                                                Everett Upshaw