IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **SAINT LAWRENCE COMMUNICATIONS LLC,** | § § § | Case No. 2:15-cv-000349-JRG |
| **Plaintiff,** | § § | **Jury Trial Requested** |
| v. | § § | |
| **ZTE CORPORATION, ZTE USA, INC., and ZTE (TX) INC.,** | § § § | |
| **Defendants.** | § § § § | |

### **PLAINTIFF'S NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that the following attorney is entering an appearance for Plaintiff, Saint Lawrence Communications LLC: Brian Simmons, State Bar No. 24004922, of Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C., (713) 655-1101, and (713) 655-0062 (Facsimile). Mr. Simmons is currently admitted to practice in the Eastern District of Texas.

| | |
|---|---|
| Dated: June 24, 2015 | Respectfully submitted,<br><br>/s/ *Brian Simmons*<br>Demetrios Anaipakos<br>Texas Bar No. 00793258<br>danaipakos@azalaw.com<br>Amir Alavi<br>Texas Bar No. 00793239<br>aalavi@azalaw.com<br>Alisa Lipski<br>Texas Bar No. 24041345<br>alipski@azalaw.com<br>Brian Simmons<br>Texas Bar No. 24004922<br>bsimmons@azalaw.com<br>Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, P.C.<br>1221 McKinney Street, Suite 3460<br>Houston, TX 77010<br>Telephone: 713-655-1101<br>Facsimile: 713-655-0062<br><br>**ATTORNEYS FOR PLAINTIFF SAINT LAWRENCE COMMUNICATIONS LLC** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically in compliance with Local Rules CV-5(a) on June 24, 2015. As such, this document was served on all counsel of record pursuant to Local Rules CV-5(a)(3)(A) and the Federal Rules of Civil Procedure.

/s/ *Brian Simmons*
Brian Simmons