**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| ZTE CORPORATION ET AL | § | 2:15-cv-00349-JRG |
| MOTOROLA MOBILITY LLC | § | 2:15-cv-00351-JRG |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Michael G. Rhodes, with the law firm of Cooley LLP, hereby enters his appearance as lead counsel of record for Defendant Motorola Mobility LLC. Mr. Rhodes is admitted to practice in the Eastern District of Texas. Mr. Rhodes respectfully requests that all pleadings, discovery, orders, notices, correspondence, and other papers filed in this action be served upon counsel at the address set forth below.

Dated: July 8, 2015

Respectfully submitted:

/s/ *Michael G. Rhodes*

Michael G. Rhodes (Lead Counsel)
CA Bar No. 116127
Cooley LLP
101 California St., 5th Floor
San Francisco, CA 94111-580
Tel: (415) 693-2000
Fax: (415) 693-2222
Email: rhodesmg@cooley.com

**Attorney For Defendant Motorola Mobility LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 8th day of July, 2015. All other counsel not deemed to have consented to service in such manner will be served via facismile and/or first class mail.

/s/ *Michael G. Rhodes*