**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| ZTE CORPORATION ET AL | § | 2:15-cv-00349-JRG |
| MOTOROLA MOBILITY LLC | § | 2:15-cv-00351-JRG |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Rose S. Whelan, with the law firm of Cooley LLP, hereby enters her appearance as counsel of record for Defendant Motorola Mobility LLC. Ms. Whelan is admitted to practice in the Eastern District of Texas. Ms. Whelan respectfully requests that all pleadings, discovery, orders, notices, correspondence, and other papers filed in this action be served upon counsel at the address set forth below.

Dated: July 8, 2015                                 Respectfully submitted:

 /s/  *Rose S. Whelan*
Rose S. Whelan
DC Bar No. 999367
Cooley LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Tel: (202) 842-7800
Fax: (202) 842-7899
Email: rwhelan@cooley.com

**Attorney For Defendant Motorola Mobility LLC**

2

**CERTIFICATE OF SERVICE**

    The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 8th day of July, 2015. All other counsel not deemed to have consented to service in such manner will be served via facismile and/or first class mail.

                                            /s/   *Rose S. Whelan*