# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC | § § § § § | |
| Plaintiff, | | |
| v. | | |
| ZTE CORPORATION ET AL | § | 2:15-cv-00349-JRG |
| MOTOROLA MOBILITY LLC | § | 2:15-cv-00351-JRG |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Joseph M. Drayton, with the law firm of Cooley LLP, hereby enters his appearance as counsel of record for Defendant Motorola Mobility LLC. An application for Mr. Drayton to appear *pro hac vice* is pending in the member case *Saint Lawrence Communications LLC v. Motorola Mobility LLC*, 2:15-cv-00351-JRG. Mr. Drayton respectfully requests that all pleadings, discovery, orders, notices, correspondence, and other papers filed in this action be served upon counsel at the address set forth below.

Dated: July 10, 2015                    Respectfully submitted:

/s/ *Joseph M. Drayton*
Joseph M. Drayton
NY Bar No. 99367
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 479-6000
Fax: (202) 479-6275
Email: jdrayton@cooley.com

**Attorney For Defendant Motorola Mobility LLC**

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 10th day of July, 2015.  All other counsel not deemed to have consented to service in such manner will be served via facismile and/or first class mail.

                                                                /s/ *Joseph M. Drayton*