# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **SAINT LAWRENCE COMMUNICATIONS LLC,** | § § § | Case No. 2:15-cv-000349-JRG |
| **Plaintiff,** | § § | Jury Trial Requested |
| v. | § § | |
| **ZTE CORPORATION, ZTE USA, INC., and ZTE (TX) INC.,** | § § § § | |
| **Defendants.** | § § | |
| **SAINT LAWRENCE COMMUNICATIONS LLC,** | § § § | Case No. 2:15-cv-000351-JRG |
| **Plaintiff,** | § § | Jury Trial Requested |
| v. | § § § | |
| **MOTOROLA MOBILITY LLC,** | § § § | |
| **Defendants.** | § § § | |

## PLAINTIFF'S NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the following attorney is entering an appearance for Plaintiff, Saint Lawrence Communications LLC: Masood Anjom, State Bar No. 24055107, of Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C., (713) 655-1101, and (713) 655-0062 (Facsimile). Mr. Anjom is currently admitted to practice in the Eastern District of Texas.

Dated: July 27, 2015

Respectfully submitted,

/s/ *Masood Anjom*
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Alisa Lipski
Texas Bar No. 24041345
alipski@azalaw.com
Brian Simmons
Texas Bar No. 24004922
bsimmons@azalaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@azalaw.com
Masood Anjom
Texas Bar No. 24055107
manjom@azalaw.com
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, P.C.
1221 McKinney Street, Suite 3460
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

**ATTORNEYS FOR PLAINTIFF SAINT LAWRENCE COMMUNICATIONS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically in compliance with Local Rules CV-5(a) on July 27, 2015. As such, this document was served on all counsel of record pursuant to Local Rules CV-5(a)(3)(A) and the Federal Rules of Civil Procedure.

/s/ *Masood Anjom*
Masood Anjom