# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **SAINT LAWRENCE COMMUNICATIONS LLC,** | § § § | Case No. 2:15-cv-000349-JRG (Lead Case) |
| **Plaintiff,** | § § | **Jury Trial Requested** |
| v. | § § | |
| **ZTE CORPORATION, ZTE USA, INC., and ZTE (TX) INC.,** | § § § § | |
| **Defendants.** | § § § | |
| **SAINT LAWRENCE COMMUNICATIONS LLC,** | § § § | Case No. 2:15-cv-000351-JRG (Consolidated Case) |
| **Plaintiff,** | § § | **Jury Trial Requested** |
| v. | § § § | |
| **MOTOROLA MOBILITY LLC,** | § § § | |
| **Defendants.** | § § § | |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO COMPLY WITH P.R. 3-1, 3-2, 3-3, & 3-4

On this day came on to be considered the parties Joint Motion to Extend the Deadline for Compliance with P.R. 3-1, 3-2, 3-3, and 3-4, and the Court is of the opinion that the motion (Dkt. No. 29) should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Joint Motion to extend be granted and that all parties in the cases referenced above be given to and including August 17, 2015 to comply with P.R. 3-1 and 3-2 and also be given to and including October 12, 2015 to comply with P.R. 3-3 and 3-4.

**So Ordered and Signed on this**

**Jul 28, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE