**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC, | § § § | Case No. 2:15-cv-000349-JRG (Lead Case) |
| Plaintiff, | § § | Jury Trial Requested |
| v. | § § | |
| ZTE CORPORATION, ZTE USA, INC., and ZTE (TX) INC., | § § § | |
| Defendants. | § § § | |
| SAINT LAWRENCE COMMUNICATIONS LLC, | § § | Case No. 2:15-cv-000351-JRG (Consolidated Case) |
| Plaintiff, | § § | Jury Trial Requested |
| v. | § § | |
| MOTOROLA MOBILITY LLC, | § § § | |
| Defendants. | § § § | |

**JOINT NOTICE OF AGREED MEDIATOR**

Pursuant to the Court's Order of July 7, 2015 (D.I. 21), Plaintiff Saint Lawrence Communications LLC ("St. Lawrence") and Defendants ZTE USA, Inc. and ZTE (TX) Inc. (collectively, "ZTE") and Motorola Mobility LLC ("Motorola") hereby jointly submit this Notice that the parties have agreed on Hon. David Folsom as mediator.

1

DATED: August 3, 2015.

/s/  *Rose S. Whelan (with permission MA)*
Michael G. Rhodes (Lead Counsel)
CA Bar No. 116127
Cooley LLP
101 California St., 5th Floor
San Francisco, CA 94111-580
Tel: (415) 693-2000
Fax: (415) 693-2222
Email: rhodesmg@cooley.com

Joseph M Drayton
Cooley, LLP - New York
1114 Avenue of the Americas
New York, NY 10036
212/479-6539
Fax: 212/479-6275
Email: jdrayton@cooley.com

Rose S. Whelan
DC Bar No. 999367
Cooley LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Tel: (202) 842-7800
Fax: (202) 842-7899
Email: rwhelan@cooley.com

Deron R. Dacus
The Dacus Firm, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: (903) 705-1117
Fax: (903) 581-2543
Email: ddacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANT
MOTOROLA MOBILITY LLC**

Respectfully submitted,

/s/  *Masood Anjom*
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Alisa Lipski
Texas Bar No. 24041345
alipski@azalaw.com
Brian Simmons
Texas Bar No. 24004922
bsimmons@azalaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@azalaw.com
Masood Anjom
Texas Bar No. 24055107
manjom@azalaw.com
Ahmad, Zavitsanos, Anaipakos, Alavi &
Mensing, P.C.
1221 McKinney Street, Suite 3460
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

**ATTORNEYS FOR PLAINTIFF SAINT
LAWRENCE COMMUNICATIONS
LLC**

/s/ *David A. Bailey*
Everett McClyde Upshaw
everettupshaw@everettupshaw.com
State Bar of Texas No. 24025690
David A. Bailey, Of Counsel
davidbailey@everettupshaw.com
State Bar of Texas No. 24078177
Upshaw PLLC
811 S. Central Expressway
Suite 307
Richardson, TX 75080
Telephone: 214-680-6005
Facsimile: 214-865-6086


**ATTORNEY FOR DEFENDANTS ZTE USA,
INC. AND ZTE (TX) INC.**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 3, 2015.


*/s/ Masood Anjom*