UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:15-cv-00349/351

Name of party requesting extension: Motorola Mobility LLC

Is this the first application for extension of time in this case?  ☐ Yes  ☑ No

If no, please indicate which application this represents:  ☑ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 6/25/15

Number of days requested:  ☐ 30 days  ☑ 15 days  ☐ Other ____ days

New Deadline Date: 9/1/15    *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Rose S. Whelan
State Bar No.: DC 999367
Firm Name: Cooley LLP
Address: 1299 Pennsylvania Ave NW
         Washington, DC  20004

Phone: 202-842-7800
Fax:   202-842-7899
Email: rwhelan@cooley.com

A certificate of conference does not need to be filed with this unopposed application.