**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **SAINT LAWRENCE COMMUNICATIONS LLC,** § § § **Civil Action No. 2:15-cv-00349** **Plaintiff,** § § **§ PATENT CASE** **v.** § § **LEAD CASE** **ZTE CORPORATION ET AL.** § § **JURY TRIAL DEMANDED** **Defendants.** § | |

**ZTE (USA) INC.'S AND ZTE (TX) INC.'S NOTICE OF COMPLIANCE
REGARDING INITIAL AND ADDITIONAL DISCLOSURES**

Pursuant to the Court's Order (Dkt. No. 41), Defendants ZTE (USA) Inc. and ZTE (TX) Inc. hereby notify the Court that they served their Initial and Additional Disclosures on counsel of record for Plaintiff via email on August 20, 2015.

Dated: August 20, 2015.                Respectfully submitted,

/s/ *David A. Bailey*
Everett Upshaw
State Bar of Texas No. 24025690
everettupshaw@everettupshaw.com
David A. Bailey, of Counsel
State Bar of Texas No. 24078177
davidbailey@everettupshaw.com
**UPSHAW PLLC**
811 S. Central Expressway, Suite 307
Richardson, Texas 75080
P: (972) 920-8000
F: (972) 920-8001

**ATTORNEYS FOR DEFENDANTS
ZTE (USA) INC. AND ZTE (TX) INC.**

- 2 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on this 20th day of August, 2015.

                                /s/ *David A. Bailey*
                                David A. Bailey