**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| ZTE CORPORATION ET AL | § | 2:15-cv-00349-JRG |
| MOTOROLA MOBILITY LLC | § | 2:15-cv-00351-JRG |

**MOTOROLA MOBILITY LLC'S NOTICE OF COMPLIANCE
REGARDING INITIAL AND ADDITIONAL DISCLOSURES**

Pursuant to the Court's Docket Control Order (Dkt. No. 41), Defendant Motorola Mobility LLC hereby notifies the Court that they served their Initial and Additional Disclosures on counsel of record for Plaintiff via email on August 20, 2015.

Dated:  August 20, 2015            Respectfully submitted:

/s/  *Rose S. Whelan*
Rose S. Whelan
DC Bar No. 999367
Cooley LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Tel: (202) 842-7800
Fax: (202) 842-7899
Email: rwhelan@cooley.com

**Attorney For Defendant Motorola Mobility LLC**

2

**CERTIFICATE OF SERVICE**

    The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 20th day of August, 2015.  All other counsel not deemed to have consented to service in such manner will be served via facsimile and/or first class mail.

        /s/   *Rose S. Whelan*