**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **SAINT LAWRENCE COMMUNICATIONS LLC,** § § § | Case No. 2:15-cv-00349-JRG (Lead Case) | |
| **Plaintiff,** § § | **Jury Trial Requested** | |
| v. § § | | |
| **ZTE CORPORATION, ZTE USA, INC., and ZTE (TX) INC.,** § § § § | | |
| **Defendants.** § § § | | |
| **SAINT LAWRENCE COMMUNICATIONS LLC,** § § § | Case No. 2:15-cv-00351-JRG (Consolidated Case) | |
| **Plaintiff,** § § | **Jury Trial Requested** | |
| v. § § | | |
| **MOTOROLA MOBILITY LLC,** § § § | | |
| **Defendants.** § § | | |

**<u>SAINT LAWRENCE COMMUNICATIONS LLC'S NOTICE OF COMPLIANCE
REGARDING INITIAL AND ADDITIONAL DISCLOSURES</u>**

Pursuant to the Court's Docket Control Order (Dkt. No. 41), Plaintiff Saint Lawrence Communications LLC hereby notifies the Court that it has served its Initial and Additional Disclosures on counsel of record for Defendants via email on August 20, 2015.

Dated:  August 20, 2015                                        Respectfully submitted,

/s/  *Brian E. Simmons*
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com

1

        Alisa Lipski
        Texas Bar No. 24041345
        alipski@azalaw.com
        Brian E. Simmons
        Texas Bar No. 24004922
        bsimmons@azalaw.com
        Michael McBride
        Texas Bar No. 24065700
        mmcbride@azalaw.com
        Masood Anjom
        Texas Bar No. 24055107
        manjom@azalaw.com
        Ahmad, Zavitsanos, Anaipakos, Alavi &
        Mensing, P.C.
        1221 McKinney Street, Suite 3460
        Houston, TX 77010
        Telephone: 713-655-1101
        Facsimile: 713-655-0062

        **ATTORNEYS FOR PLAINTIFF SAINT LAWRENCE COMMUNICATIONS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically in compliance with Local Rules CV-5(a) on August 20, 2015. As such, this document was served on all counsel of record pursuant to Local Rules CV-5(a)(3)(A) and the Federal Rules of Civil Procedure.

        /s/ *Brian E. Simmons*
        Brian E. Simmons