**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC | § § § | Case No. 2:15-cv-00349-JRG (Lead Case) |
| Plaintiff, | § § | Jury Trial Requested |
| v. | § § | |
| ZTE CORPORATION, ZTE USA, INC., And ZTE (TX) INC., | § § § | |
| Defendants. | § § | |
| SAINT LAWRENCE COMMUNICATIONS LLC | § § | Case No. 2:15-cv-00351-JRG (Consolidated Case) |
| Plaintiff, | § § | Jury Trial Requested |
| v. | § § | |
| MOTOROLA MOBILITY LLC, | § § | |
| Defendant. | § | |

## MOTOROLA MOBILITY LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Motorola Mobility LLC makes the following disclosures:

1. Motorola Mobility LLC is, indirectly, a wholly-owned subsidiary of Lenovo Group Limited; accordingly Lenovo Group Limited has more than 10% ownership of Motorola Mobility LLC.

2. The following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Lenovo Group Limited and Google Inc.

| | |
|---|---|
| Dated:  September 1, 2015 | Respectfully submitted:<br><br>/s/ Joseph M. Drayton<br><br>Michael G. Rhodes (Lead Counsel)<br>CA Bar No. 116127<br>Cooley LLP<br>101 California St., 5th Floor<br>San Francisco, CA 94111-580<br>Tel: (415) 693-2000<br>Fax: (415) 693-2222<br>Email: rhodesmg@cooley.com<br><br>Joseph M. Drayton (*pro hac vice*)<br>NY Bar No. 2875318<br>Cooley LLP<br>The Grace Building<br>1114 Avenue of the Americas<br>46th Fl.<br>New York, NY 10036-7798<br>Tel: 212-479-6000<br>Fax: 212-479-6275<br>Email: jdrayton@cooley.com<br><br>Rose S. Whelan<br>DC Bar No. 999367<br>Cooley LLP<br>1299 Pennsylvania Ave NW<br>Washington, DC 20004<br>Tel: (202) 842-7800<br>Fax: (202) 842-7899<br>Email: rwhelan@cooley.com<br><br>Deron R. Dacus<br>Texas Bar No. 00790553<br>The Dacus Firm LLP<br>821 ESE Loop 323, Suite 430<br>Tyler, TX  75701<br>Tel: (903) 705-1117<br>Fax: (903) 581-2543 |

Email: ddacus@dacusfirm.com

**Attorneys For Defendant Motorola Mobility LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 1st day of September, 2015. All other counsel not deemed to have consented to service in such manner will be served via facsimile and/or first class mail.

*/s/ Joseph M. Drayton*