**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **SAINT LAWRENCE COMMUNICATIONS LLC,** § § § **Plaintiff,** § § v. § § **ZTE CORPORATION, ZTE USA, INC., and ZTE (TX) INC.,** § § § **Defendants.** § § § | Case No. 2:15-cv-00349-JRG (Lead Case) |
| **SAINT LAWRENCE COMMUNICATIONS LLC,** § § § **Plaintiff,** § § v. § § **MOTOROLA MOBILITY LLC,** § § § **Defendants.** § § § | Case No. 2:15-cv-00351-JRG (Consolidated Case) **JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION CHART PURSUANT TO P.R. 4-5(D)**

Plaintiff Saint Lawrence Communications LLC ("Plaintiff" or "St. Lawrence") and Defendants ZTE USA, Inc., ZTE (TX) Inc., (collectively, "ZTE") and Motorola Mobility LLC ("Motorola") (collectively, "Defendants"), hereby submit their Joint Claim Construction Chart pursuant to Local Patent Rule 4-5(d).

Appendix A is a chart listing the complete language of disputed claims with the disputed terms in bold type. The claims currently asserted by St. Lawrence are as follows:

- U.S. Patent Number 6,795,805: claims 1-3, 6, 21-23, and 26;
- U.S. Patent Number 6,807,524: claims 4, 5, 18, and 19;
- U.S. Patent Number 7,151,802: claims 1-3, 8, 49, and 52;

- U.S. Patent Number 7,191,123: claims 20, 21, 23, 25, 26, 28, 30, 31, 33, 34, 102, and 103; and

- U.S. Patent Number 7,260,521: claims 1, 2, 5-8, 10, and 28.

Appendix A contains the complete language of these asserted claims but also contains the complete language of any unasserted claims from which these asserted claims depend.

Appendix B contains the parties' proposed constructions for the disputed terms.

| | |
|---|---|
| Dated: December 23, 2015 | Respectfully submitted, |
| /s/Rose S. Whelan (by permission) | /s/ Michael McBride |
| Michael G. Rhodes | Demetrios Anaipakos |
| CA Bar No. 116127 | Texas Bar No. 00793258 |
| Cooley LLP | danaipakos@azalaw.com |
| 101 California St., 5th Floor | Amir Alavi |
| San Francisco, CA 94111-580 | Texas Bar No. 00793239 |
| Tel: (415) 693-2000 | aalavi@azalaw.com |
| Fax: (415) 693-2222 | Alisa Lipski |
| Email: rhodesmg@cooley.com | Texas Bar No. 24041345 |
| | alipski@azalaw.com |
| Joseph M. Drayton | Brian E. Simmons |
| Cooley, LLP - New York | Texas Bar No. 24004922 |
| 1114 Avenue of the Americas | bsimmons@azalaw.com |
| New York, NY 10036 | Michael McBride |
| 212/479-6539 | Texas Bar No. 24065700 |
| Fax: 212/479-6275 | mmcbride@azalaw.com |
| Email: jdrayton@cooley.com | Masood Anjom |
| | Texas Bar No. 24055107 |
| Andrew J. Koning | manjom@azalaw.com |
| CA Bar No. 263082 | Kyril Talanov |
| Cooley LLP | Texas Bar No. 24075139 |
| 4401 Eastgate Mall | ktalanov@azalaw.com |
| San Diego, CA 92121 | Ahmad, Zavitsanos, Anaipakos, Alavi & |
| Tel: (858) 550-6000 | Mensing, P.C. |
| Fax: (858) 550-6420 | 1221 McKinney Street, Suite 3460 |
| Email: dkoning@cooley.com | Houston, TX 77010 |
| | Telephone: 713-655-1101 |
| Rose S. Whelan | Facsimile: 713-655-0062 |
| DC Bar No. 999367 | |
| Cooley LLP | **ATTORNEYS FOR PLAINTIFF SAINT** |
| 1299 Pennsylvania Ave NW | **LAWRENCE COMMUNICATIONS** |
| Washington, DC 20004 | **LLC** |
| Tel: (202) 842-7800 | |

Fax: (202) 842-7899
Email: rwhelan@cooley.com

Deron R. Dacus
Texas Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
E-mail: ddacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANT
MOTOROLA MOBILITY LLC**

*/s/ Erik Dykema (by permission)*
Everett McClyde Upshaw
everettupshaw@everettupshaw.com
State Bar of Texas No. 24025690
David A. Bailey, Of Counsel
davidbailey@everettupshaw.com
State Bar of Texas No. 24078177
Erik Dykema, Of Counsel
erikdykema@everettupshaw.com
N.Y. Atty. Reg. No. 4882460
Upshaw PLLC
811 S. Central Expressway
Suite 307
Richardson, TX 75080
Telephone: 214-680-6005
Facsimile: 214-865-6086

Brian Craft
bcraft@findlaycraft.com
State Bar No. 04972020
Eric H. Findlay
efindlay@findlaycraft.com
State Bar No. 00789886
Debby Gunter
dgunter@findlaycraft.com
State Bar No. 24012752
FINDLAY CRAFT, P.C.
102 N. College Ave.
Suite 900
Tyler, TX 75702
(903) 534-1100

3

(903) 534-1137 FAX

**ATTORNEYS FOR DEFENDANTS**
**ZTE USA, INC. AND ZTE (TX) INC.**

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 23, 2015.

*/s/ Michael McBride*
Michael McBride