# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| ZTE CORPORATION ET AL | § | 2:15-cv-00349-JRG (Lead Case) |
| MOTOROLA MOBILITY LLC | § | 2:15-cv-00351-JRG |

## NOTICE OF CHANGE OF LEAD COUNSEL

Defendant Motorola Mobility, LLC ("Motorola") hereby notifies the Court and all parties of record that Joseph M. Drayton, Cooley LLP, 1114 Avenue of the Americas, 46th Fl., New York, NY 10036-7798, (212) 4479-6000, jdrayton@cooley.com will act as lead counsel in addition to Michael G. Rhodes in the above-referenced lead case and consolidated case thereunder.

Dated:  January 5, 2016              Respectfully submitted,

                                     /s/ Joseph M. Drayton

                                     Michael G. Rhodes (Lead Counsel)
                                     CA Bar No. 116127
                                     Cooley LLP
                                     101 California St., 5th Floor
                                     San Francisco, CA 94111-580
                                     Tel: (415) 693-2000
                                     Fax: (415) 693-2222
                                     Email: rhodesmg@cooley.com

                                     Joseph M. Drayton (Lead Counsel)
                                     NY Bar No. 2875318
                                     Cooley LLP
                                     The Grace Building
                                     1114 Avenue of the Americas
                                     46th Fl.
                                     New York, NY 10036-7798
                                     Tel: 212-479-6000
                                     Fax: 212-479-6275

1

Email: jdrayton@cooley.com

Drew Koning (*pro hac vice*)
CA Bar No. 263082
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121
Tel:  (858) 550-6129
Fax: (858) 550-6420
Email: dkoning@cooley.com

Rose S. Whelan
DC Bar No. 999367
Cooley LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Tel: (202) 842-7800
Fax: (202) 842-7899
Email: rwhelan@cooley.com

Deron R. Dacus
Texas Bar No. 00790553
The Dacus Firm LLP
821 ESE Loop 323, Suite 430
Tyler, TX  75701
Tel: (903) 705-1117
Fax: (903) 581-2543
Email: ddacus@dacusfirm.com

**ATTORNEYS FOR MOTOROLA MOBILITY LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 5, 2016

*/s/ Joseph M. Drayton*
Joseph M. Drayton