# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SAINT LAWRENCE COMMUNICATIONS, LLC | § § § | |
| v. | § § | Case No. 2:15-CV-349- JRG |
| ZTE CORPORATION, ET AL. | § § | |

## MINUTES FOR MOTIONS HEARING
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### June 27, 2016

**OPEN:** 10:36 a.m.                 **ADJOURN:** 11:06 a.m.

| | |
|---|---|
| ATTORNEY FOR PLAINTIFFS: | (See attached.) |
| ATTORNEYS FOR DEFENDANTS: | (See attached.) |
| LAW CLERK: | Kelsey Jarzombek |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 10:36 a.m. | Counsel announced ready for hearing. |
| 10:40 a.m. | The Court heard argument on Saint Lawrence Communications' Motion to Amend/Correct Protective Order (Dkt. No.145) and the Emergency Motion to Expedite *Briefing on Its Motion to Amend the Protective Order*. (Dkt. No. 146).   Mr. Drayton spoke on behalf of Motorola.   Mr. Anaipakos spoke on behalf of Plaintiff. |
| 10:58 a.m. | Court's ruling. Within three days, the parties are to submit a Proposed Amended Protective Order. |
| 11:06 a.m. | Court adjourned. |