06/27/2016. 10:30 a.m.
2:15-cv-00349-JRG
**Saint Lawrence Communications LLC v. ZTE Corporation et al**
**Motions Hearing**

PLEASE   PRINT   CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Deron Dacus | Motorola |
| Joseph Drayton | Motorola |
| Demetrius Anasprikos | SLC |
| Brian Simmons | SLC |
| Lionel Lavenue | ZTE USA & ZTE TX |
| Brian Craft | " |
| | |
| | |
| | |
| | |
| | |

IF YOU HAVE YOUR CLIENTS PRESENT, PLEASE PROVIDE NAME & COMPANY

| CLIENT NAME | COMPANY |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |