# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

| | | |
|---|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC | § § § | Case No. 2:15-cv-000349-JRG (Lead Case) |
| Plaintiff, | § § | Jury Trial Requested |
| v. | § § | |
| ZTE CORPORATION, ZTE USA, INC., and ZTE (TX) INC., | § § § § | |
| Defendant, | § § | |
| SAINT LAWRENCE COMMUNICATIONS LLC | § § § | Case No. 2:15-cv-000351-JRG (Consolidated Case) |
| Plaintiff, | § § | Jury Trial Requested |
| v. | § § | |
| MOTOROLA MOBILITY LLC, | § § § | |
| Defendant, | § § | |

## NOTICE OF COMPLIANCE
## REGARDING DEFENDANTS' LETTER BRIEF

In compliance with the Court's Docket Control Order entered in this matter on February 24, 2016 [Dkt. 100], Defendants Motorola Mobility LLC, ZTE USA, Inc., and ZTE (TX) Inc., file this Notice of their letter to the Court requesting permissions to file a motion for summary judgment that certain claims are invalid under 35 U.S.C. § 112, ¶ 2.  A copy of the letter is attached as Exhibit 1.

DATED: July 6, 2016                              Respectfully submitted,


                                                 */s/ Joseph M. Drayton*
                                                 Joseph M. Drayton (Lead counsel)
                                                 NY Bar No. 2875318
                                                 jdrayton@cooley.com
                                                 Cooley LLP
                                                 The Grace Building
                                                 1114 Avenue of the Americas
                                                 46th Fl.
                                                 New York, NY 10036-7798
                                                 Tel: 212-479-6000
                                                 Fax: 212-479-6275

                                                 Michael Rhodes
                                                 CA Bar No. 116127
                                                 mrhodes@cooley.com
                                                 Cooley LLP
                                                 101 California St., 5th Fl.
                                                 San Francisco, CA 94111-5800
                                                 Tel: 858-550-6000
                                                 Fax: 858-550-6420

                                                 Drew Koning (*pro hac vice*)
                                                 CA Bar No. 263082
                                                 dkoning@cooley.com
                                                 Cooley LLP
                                                 4401 Eastgate Mall
                                                 San Diego, CA 92121
                                                 Tel: 858-550-6129
                                                 Fax: 858-550-6420

                                                 Rose S. Whelan
                                                 DC Bar No. 999367
                                                 rwhelan@cooley.com
                                                 Cooley LLP
                                                 1299 Pennsylvania Ave, NW
                                                 Washington, DC 20004-2400
                                                 Tel: 202-842-7800
                                                 Fax: 202-842-7899

                                                 Deron R. Dacus
                                                 Texas Bar No. 00790553
                                                 ddacus@dacusfirm.com
                                                 Peter A. Kerr
                                                 Texas Bar No. 24076478

pkerr@dacusfirm.com
The Dacus Firm LLP
821 ESE Loop 323, Suite 430
Tyler, TX  75701
Tel: 903-705-1117
Fax: 903-581-2543
Email: ddacus@dacusfirm.com

Attorneys for Defendant
MOTOROLA MOBILITY LLC


By: */s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789866
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Avenue, Suite 900
Tyler, TX 75702
Telephone: 903.534.1100
Facsimile: 903.534.1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Lionel M. Lavenue, Esq. (Lead Counsel)
lionel.lavenue@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Shaobin Zhu, Esq.
shaobin.zhu@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Mirae Asset Tower
28/F, Unit A-B
No. 166 Lujiazui Ring Road, Pudong
Shanghai, P.R. China 222120
Telephone: (650) 521-3338
Facsimile: (202) 408-4400

Shaton C. Menzie, Esq.
shaton.menzie@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
271 17th Street N.W., Suite 1400
Atlanta, GA 30363-6209
Telephone: (404) 653-6435
Facsimile: (202) 408-4400

Counsel for Defendants ZTE (USA), Inc.
and ZTE (TX), Inc.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 6th day of July 2016.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

/s/ *Joseph M. Drayton*
Joseph M. Drayton